IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Jonathan Weatherford, | ) | C/A NO. |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF REMOVAL** |
| South Carolina Department of Parks, Recreation and Tourism, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant South Carolina Department of Parks, Recreation and Tourism ("SCPRT") hereby removes this action from the Richland County Court of Common Pleas to the United States District Court for the District of South Carolina, Columbia Division. Removal is warranted under 28 U.S.C. § 1441(a) because Plaintiff Jonathan Weatherford's claims all arise under federal law within 28 U.S.C. § 1331. SCPRT offers the following short and plain statement of grounds for removal as required by 28 U.S.C. § 1446(a).

## BACKGROUND

1. Plaintiff commenced this action in state court by filing his Summons and Complaint in the Richland County Court of Common Pleas on November 28, 2022. A true and correct copy of the Summons and Complaint and all other state court records are attached as Exhibit A.

2. Plaintiff never served the original Summons or the Complaint on SCPRT.

3. Plaintiff filed an Amended Summons and First Amended Complaint in the Richland County Court of Common Pleas on February 23, 2023. A true and correct copy of the Amended Summons and First Amended Complaint is included within Exhibit A. SCPRT is the only defendant in the action.

4.      The First Amended Complaint alleges four causes of action against SCPRT: (1) General Discrimination in Violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 (Title VII); (2) Religious Discrimination in Violation of Title VII; (3) Race Discrimination in Violation of Title VII; and (4) Title VII Retaliation. (Ex. A, First Am. Compl. ¶¶ 18-43.)

5.      SCPRT received a copy of the Amended Summons and First Amended Complaint through personal service on its Director on February 24, 2023.

## REMOVAL STANDARD

6.      "[A]ny civil action brought in State court of which the district courts of the United States have original jurisdiction[] may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

7.      Federal district courts have original jurisdiction of "all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

8.      Within 30 days of receipt of a pleading, a removing defendant must file "a notice of removal . . . containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action." 28 U.S.C. § 1446(a)–(b).

## ANALYSIS

9.      This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because each of Plaintiff's causes of action asserts a violation of Title VII, which is one of the "laws . . . of the United States."

10. Removal of the action is timely. SCPRT was not served with the original Summons and Complaint. It was served with the Amended Summons and First Amended Complaint on February 24, 2023. SCPRT therefore files this notice within 30 days of service. *See* 28 U.S.C. § 1446(b)(2)(B); Fed. R. Civ. P. 6(a).

11. Plaintiff filed this action in the Richland County Court of Common Pleas, which lies within the Columbia Division of the District of South Carolina. 28 U.S.C. § 121(2). Accordingly, the Columbia Division is the proper division for removal of the action.

12. Pursuant to 28 U.S.C. § 1446(a), copies of all "process, pleadings, and orders served upon" SCPRT in the action, and all state court records not served upon SCPRT, are included within Exhibit A.

13. There are no other defendants whose consent to removal is required pursuant to 28 U.S.C. § 1446(b)(2)(A).

14. Pursuant to 28 U.S.C. § 1446(d), copies of this Notice of Removal are being served upon counsel for Plaintiff and the Richland County Court of Common Pleas.

15. All procedural requirements for removal therefore have been met.

16. This Notice of Removal is made without waiving any objections or defenses that SCPRT may have to any defect in service or to the jurisdiction of this Court or to the claims asserted against SCPRT in the First Amended Complaint.

17. Removal of this action does not waive any immunity from liability which SCPRT may have. Removal also does not waive SCPRT's state and Eleventh Amendment sovereign immunity in any other matter.

**WHEREFORE**, SCPRT prays that this cause proceed in this Court as an action properly removed thereto.

Respectfully submitted,

**WILLOUGHBY HUMPHREY & D'ANTONI, P.A.**

<u>s/R. Walker Humphrey, II</u>
R. Walker Humphrey, II, Fed. Bar No. 12524
133 River Landing Drive, Suite 200
Charleston, SC 29492
(843) 619-4426
whumphrey@willoughbyhoefer.com

Mitchell Willoughby, Fed. Bar No. 4702
930 Richland Street (29201)
Post Office Box 8416
Columbia, SC 29202-8416
(803) 252-3300
mwilloughby@willoughbyhoefer.com

*Counsel for South Carolina Department of Parks, Recreation and Tourism*

March 27, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Jonathan Weatherford, | ) | C/A NO. |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| South Carolina Department of Parks, | ) | |
| Recreation and Tourism, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, Walker Humphrey, as attorney of record for South Carolina Department of Parks, Recreation and Tourism, hereby certify that on the 27th day of March 2023, I served a copy of the foregoing **NOTICE OF REMOVAL** via electronic notice in accordance with the local rules and first class mail addressed as follows:

Ryan K. Hicks, Esquire
Cromer Babb Porter & Hicks, LLC
Post Office Box 11675
Columbia, SC 29211
ryan@cbphlaw.com

March 27, 2023

*s/R. Walker Humphrey, II*
R. Walker Humphrey, II
Willoughby Humphrey & D'Antoni, P.A.