# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

| | | |
|---|---|---|
| Jonathan Weatherford, | ) | C/A No: 3:23-cv-01204-CMC-KDW |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| South Carolina Department of Parks, Recreation and Tourism, | ) | |
| Defendant. | ) | |

This Court having been advised by counsel for the parties that the above action has been settled,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice, and upon good cause shown within sixty (60) days, either party may petition the Court to reopen the action if settlement is not consummated.

   s/Cameron McGowan Currie
CAMERON McGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

October 11, 2023
Columbia, South Carolina